|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| DAVID B. TURNER, JR., | CASE NO. 3:15-cv-1609-GPC-DHB |
| --- | --- |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILING TO PAY THE FILING FEE AND/OR FAILING TO FILE A MOTION TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a)** |
| v. |  |
| METROPOLITAN TRANSIT SYSTEM, |  |
| Defendant. |  |

On July 20, 2015, Plaintiff David B. Turner, Jr. ("Plaintiff"), proceeding pro se, filed a complaint against Defendant Metropolitan Transit System ("Defendant") and a motion to proceed *in forma pauperis* ("IFP"). (Dkt. Nos. 1, 2.) On July 29, 2015, the Court denied Plaintiff's motion to proceed IFP and sua sponte dismissed Plaintiff's complaint for failure to state a claim. (Dkt. No. 3.) On August 5, 2015, Plaintiff filed a first amended complaint without paying the filing fee or filing another motion to proceed IFP.

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee

of $400. See 28 U.S.C. § 1914(a).[1] An action may proceed despite a party's failure to pay this filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). See Andrews v. Cervantes, 493 F.3d 1047, 1051 (9th Cir. 2007); Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999).

In the Court's previous order, the Court denied Plaintiff's motion to proceed IFP because Plaintiff had marked that he received money from "other sources" but did not indicate the source and the amount. (Dkt. No. 3 at 2.)

With the filing of his first amended complaint, Plaintiff has not paid the $400 in filing and administrative fees required to commence a civil action, nor has he submitted additional information as to his "other sources" of money. Therefore, a civil action cannot proceed. See 28 U.S.C. § 1914(a); Andrews, 493 F.3d at 1051. Accordingly, the Court DISMISSES the first amended complaint without prejudice for failing to pay the $400 filing fee required by 28 U.S.C. § 1914(a) and failing to file a motion to proceed IFP pursuant to 28 U.S.C. § 1915(a).

IT IS SO ORDERED.

DATED: September 22, 2015

HON. GONZALO P. CURIEL
United States District Judge

---

[1] In addition to the $350 statutory fee, all parties filing civil actions on or after May 1, 2013, must pay an additional administrative fee of $50. See 28 U.S.C. § 1914(a), (b); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, eff. May 1, 2013. However, the additional $50 administrative fee is waived if the plaintiff is granted leave to proceed IFP. *Id.*